**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CARLOS HERNANDEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1763** |
| **N. BURL CAIN** | **SECTION: "C"** |

## ORDER

Having considered the petition, the record, the applicable law and the Magistrate Judge's Report and Recommendation, the Court hereby approves the Magistrate Judge's Report and Recommendation (Rec. Doc. 16) and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that the petition for *habeas corpus* relief is DENIED and DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 20th day of April 2015.

_____
UNITED STATES DISTRICT JUDGE